No. 40,486

RICHARD NEWELL, d/b/a EL DORADO DAIRY, *Appellee,* v. CHAUF-
FEURS, TEAMSTERS & HELPERS LOCAL UNION 795; S. E. SMITH and
the agents, servants, employees and attorneys of any of said
defendants, *Appellants.*

(319 P. 2d 171)

Opinion denying a rehearing filed December 18, 1957. (For original opinion
affirming as modified see 181 Kan. 898, 317 P. 2d 817.)

*Russell Cranmer, Payne H. Ratner, Louise Mattox, Payne H. Ratner, Jr.,
Dale B. Stinson, Jr., Cliff W. Ratner, William L. Fry, A. Wayne Murphy,
Bernard V. Borst, D. Clifford Allison,* and *Gerald D. Lasswell,* all of Wichita,
for the appellants.

*M. F. Litras, R. C. Woodward* and *H. Pauline Woodward,* all of El Dorado,
for the appellee.

The opinion of the court was delivered by

SCHROEDER, J.: Counsel for appellants filed a motion for rehear-
ing, which consists largely of reargument of the points previously
argued and considered by the court. It presents nothing which
warrants a reconsideration of the case, and the motion is denied.

Counsel state, "This court's conclusion that appellants brought
about a secondary boycott does not support paragraph C of the
court's injunction wherein appellants are enjoined, not only from
a secondary boycott, but also from primary boycott."

One of the issues upon which the opinion of this case was

written concerned a secondary boycott denounced by G. S. 1955 Supp., 44-809a(1). Primary boycott was not an issue in this case and paragraph C of the injunction is not to be construed as having any application to primary boycott, but rather to secondary boycott only.